UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GREGORY F. WASHINGTON,

    Plaintiff,

v.   Case No. 3:21cv2571-MCR-HTC

NURSE JEAN DOE,
OFFICER JOHN DOE,

    Defendants.

_____/

**ORDER**

The magistrate judge issued a Report and Recommendation on January 18, 2022 (ECF No. 9).  The Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Plaintiff filed a Second Amended Complaint on February 4, 2022 (ECF No. 10). Otherwise, there have been no timely filed objections. Pursuant to the Order dated February 28, 2022, the magistrate judge issued a Supplemental Determination on March 2, 2022 (ECF No. 12) advising that a review of the Second Amended Complaint does not alter the Report and Recommendation.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Case No. 3:21cv2571-MCR-HTC

Accordingly, it is **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation (ECF No. 9) is adopted and incorporated by reference in this Order.

2. The complaint is DISMISSED WITHOUT PREJUDICE as malicious for Plaintiff's abuse of the judicial process.

3. The clerk of court is directed to close the file.

**DONE AND ORDERED** this 22nd day of April 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:21cv2571-MCR-HTC